

# Oregon Department of Corrections (ODOC)
## Oregon State Penitentiary
### Grievance - Returned for Correction(s)

**To:** Douglas, Damien      **SID #:** 10131429      **Cell:** OSP:E-432
**From:** Kidwell, A      **Date:** 11/04/2019

**Re:** Non-Medical# OSP_2019_11_002

The grievance you submitted is being returned to you due to non-compliance with the Department of Corrections (DOC) Rule #109 (Grievance Review System) for the following reason(s):

An AIC may not submit a grievance representing other AICs, or acts where an AIC is a spokesperson for other AICs (Group Grievance).

A grievance may be up to three pages (single-sided) in length. An AIC must use a grievance form for each page of the grievance. Grievances that are not legible or contain multiple sentences per line will be returned to the AIC for correction.

Please note this issue outlined in your grievance would be more fitting under the Discrimination Rule process. The discrimination rule allows for groups of individuals to be represented were the grievance rule only allows for the writer to be the focus not a group.

291-109-0225 Grievance and Appeals General Processing Standards

(2) Grievances and grievance appeals returned for correction:

(a) An AIC may elect to resubmit a grievance or grievance appeal that has been returned for correction to the AIC because it does not comply with these rules.

(b) The grievance or grievance appeal may only be resubmitted twice and must be received by the institution grievance coordinator within 14 calendar days from when the grievance or grievance appeal was originally returned to the AIC.

(c) If rewritten, the return receipt and original grievance or grievance appeal must also be attached.

If you have any questions regarding your grievance, please refer to the Department of Corrections Administrative Rule "Grievance Review System" tab #109 located in the legal library or kyte your institution Grievance Coordinator.

Page 1 of 1

**Confidentiality Notice:** This document contains information belonging to the Department of Corrections.  This information may be confidential, restricted, and/or legally privileged, and is intended for appropriate and approved use under existing department rules, regulations, confidentiality and security agreements.  If you have received this document in error, please notify DOC immediately, keep the contents confidential, and promptly destroy the information and/or delete the document information from your computer system.

Grievance # OSP-2019-11-002 _____

_Official Use Only_          _Resubmit_

①

**GRIEVANCE FORM**

Name: Douglas     Dameion     D     OSP# 10131429     F 433
___Last___     ___First___     ___Initial___     ___SID#___     ___Cell/Block/Bunk #___

Whom are you grieving: Chaplain Karuna Thompson - Chaplain Dennis Stalhnecker

Please provide the date/time of incident giving rise to grievance: Friday Oct 18th, 2019 @ 1:35pm

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

On Friday Oct 18th, 2019, Chaplain Karuna Thompson violated my 1st Amendment
Right to practice my Religion, 14th Amendment Equal Protection Clause, and my 1st Amendment
Right not to be retaliated against For Filing grievances and a lawsuit against Thompson. This
occurred on the above said date when at 1:35pm she opened up the Back door to where
I was getting ready to practice my Religion and ordered me that I had 15 min to
read the weekly mandatory Sumon reading and to pray then I must leave. I told her
they have not even run line movement yet and everyone's not here yet. She said, they
can read it when they arrive. On said date the weekly reading was 7 pages long
and we must read it together after the mandatory Sumon Prayer that is
a Congregational prayer that everyone must do and attend at the Same time and
because of Thompson's Direct Order the 4 of us was forced to pray without everyone
and the other 3 Brothas said they felt threatened and intimidated and left after

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

_____

_____

_____

10/31-19
___Date___

_D. R_ (signature)
___Signature___

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| | **RECEIVED** | **Returned For Correction** | |
| | NOV 01 2019 | NOV 04 2019 | |
| | OSP/MCCF GRIEVANCE OFFICE | OSP/MCCF GRIEVANCE OFFICE | |
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

_For grievance information see back page. Distribution: White (Original grievance form); Canary (Inmate receipt after processed)_          _CD 117 (10/2019)_

Grievance # OSP-2019-11-002 _____

*Official Use Only*                    Resubmit

**GRIEVANCE FORM**                                        ②

Name: Douglas        Dameion      D        OSP#10131429    E 432
         Last              First           Initial    SID#              Cell/Block/Bunk #

Whom are you grieving: Chaplin/Karin Thompson-Chaplain Demri Stalbrecker

Please provide the date/time of incident giving rise to grievance: Fri, Oct. 18th, 2019 @ 1:35pm

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

praying and said 15min. is not enough time to read the 7 pages of mandatory reading. I stayed and shortly after I began reading pt 1 other Brother came and said they did yet run line movement yet I told him what happened. We began reading pt and we did not get half way finished when Chaplain Demri Stalbrecker ~~came~~ opened the ~~the~~ main door and ordered me to leave. When I left I seen the Sunni Muslim Brothers praying so I asked CPL Panther can I wait until their finished praying because their service is in the library where the NOI closet is at, he said "yes." Ten minutes later they were finished praying so I entered and asked some of the Brothers did any Chaplin order ya'll to leave in 15 min. they said "no." I stayed again 10 min. and when I left ~~soon~~ they were still in service. On Saturday Oct. 26th in the morning I seen 4 Jewish inmates in their prayer service and they left at 9:56-10:00am, and they were in the same position I was in on Oct. 18th because

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

_____

_____

_____

10.31.19                                            D  D
Date                                              Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
|  | RECEIVED NOV 0 1 2019 OSP/MCCF GRIEVANCE OFFICE | Returned For Correction NOV 0 4 2019 OSP/MCCF GRIEVANCE OFFICE |  |
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

*For grievance information see back page. Distribution: White (Original grievance form); Canary (Inmate receipt after processed)*        CD 117 (10/2019)

Grievance # OSP-2019-11-002

*Official Use Only*                    *Resubmit*

③

## GRIEVANCE FORM

Name: Douglas          Damein       D                                  E 432
      Last        First      Initial        SID#          Cell/Block/Bunk #

Whom are you grieving: Karissa Thompson-Chaplain Dennis Stahlnecker

Please provide the date/time of incident giving rise to grievance: Fri Oct 18 @ 1:35

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

They did not have a Volunteer. Both the Sunni and Jewish prayer
services were allowed to go on from beginning through their end
without Thompson ordering them to leave in 15 min.

I'm officially informing O.S.P to put a litigation hold
on the video footage of the events as they occurred in the
above: Fri, Oct. 18th 2019, at approx 1:35pm showing Thompson opening
up the Door to the NOI prayer service, and approx 1:50pm showing
Stahlnecker opening up the Doors our prayer service. The video will show
neither one of them went to the Chapel library to tell the Sunni Brothas
to leave, and footage from ⑧ Saturday Oct. 26th 2019, Jewish Prayer Service showing
the 4 Jewish Brothas in their prayer service ⑧ without any Chaplains

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

_____

_____

_____

10-31-19                                          D R
Date                                              Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| | RECEIVED NOV 0 1 2013 OSP/MCCF GRIEVANCE OFFICE | Returned For Correction NOV 0 4 2019 OSP/MCCF GRIEVANCE OFFICE | |
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

*For grievance information see back page. Distribution: White (Original grievance form); Canary (Inmate receipt after processed)*          CD 117 (10/2019)

Grievance # OSP-2019-1b-002 _____

_Official Use Only_          Resubmit

**GRIEVANCE FORM**

(4)

Name: Douglas    Damien    D    OSP #10131429    E 8432
　　Last　　　　First　　　　Initial　　　SID#　　　Cell/Block/Bunk #

Whom are you grieving: Karina Thompson - and Denny Stalhnecker

Please provide the date/time of incident giving rise to grievance: Oct. 18th 2019 1:35@1:35 pm

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

distribing them.

Indeed, I believe Thompson told Stalhnecker to order me to leave the Fri. Oct. 18th 2019, NOI Prayer Service at apprx. 1:55pm, because he did not say anything to me during Jumas on Oct. 25th 2019, and Thompson was not in her office on that Date

I only want and Stalhnecker to give his account of what he understood what happened on Oct. 18th 2019, however, if he did it on his own accord without Thompson's input or direction it'll Be Different. See Attached 3 page Affidavit, I'm Dropping this in the grievance Box at apprx 3:00pm on 10.31.19.

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

At this point I believe that the ODOC Religious Services will not adequatly order Thompson to Discontinue her unprovoked unconstitutional attacks on me. More litigation is on the way!!!

10.31.19
Date

D.K.
Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| | **RECEIVED** | Returned For Correction | |
| | **NOV 01 2019** | **NOV 04 2019** | |
| | OSP/MCCF GRIEVANCE OFFICE | OSP/MCCF GRIEVANCE OFFICE | |
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

_For grievance information see back page. Distribution: White (Original grievance form); Canary (Inmate receipt after processed)_          CD 117 (10/2019)

Page 1 of 3

(1)

**AFFIDAVIT OF** Dameion Douglas

On Friday October 18th, 2019, during the N.O.I Jumma Prayer Service at approx. 1:35pm Chaplain Karuna Thompson opened the back door to where the NOI Prayer Service is held and ordered me and 3 other inmates to leave in 15 min. I informed her that line movement has not been called yet and everyone is not here yet. She replied they can read it (weekly mandatory NOI reading during Jumma) when they arrive. That day it was 7 pages and 15 min. was not long enough to read it and to Pray First. Even though everyone was not present the 4 of us prayed and the other 3 Brothas left and said that 15 min. is not enough time to read the weekly mandatory reading. Friday Jumma Prayer is mandatory for everyone to Pray at the same time. I stayed and began reading and shortly thereafter another Brotha came and we began reading it. We didn't even get half way through when Chaplain Dennis Stalhnecker came and opened the hallway door at approx. 1:55 pm and

**I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.**

_____
(Signature)

State of Oregon, County of _____

Signed and sworn to (or affirmed) before me on _____, 20___ by _____

_____
Notary Public – State of Oregon

My commission expires: _____

Affidavit                                             Form 02.010

Page 1 of 3

Dameion Douglas (AIC), SID #10131429 v Thompson, et al, USDC 6:20-cv-00546-AA
DOUG-0095
EXHIBIT 1, Page 6 of 28

Page 2 of 3



**AFFIDAVIT OF** Dameion Douglas

ordered us to leave. As I was leaving, I seen the Sunni Muslim were praying in the Chapel/library so I asked CPL. Panther and ② asked him could I wait ⊕ for the Sunni Brothers to finish praying so I can access the N.O.I closet in the library he said "yes." I went to the bathroom for approx. 10 min and came out and learned that line movement was not even called yet. I went in the library because they were finished praying, but were still in service, I asked a couple of Brothers did any Chaplin order ya'll to leave in 15 min they said "no." So I stayed until approx 2:20 pm and ⊕ some of them were still in service when I left. The next week on Friday October 25th 2019, Thompson was not in the Chapel and Chaplain Stallmacker did not threaten us ⊗ by ordering us to leave in 15 min and only 1 Brother stayed because the rest of the Brothers feared what occurred on Oct. 18th 2019, and was ⊗ intimidated that we would be

**I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.**

_____
(Signature)

State of Oregon, County of _____

Signed and sworn to (or affirmed) before me on _____, 20___ by _____

_____
Notary Public – State of Oregon

My commission expires: _____

Affidavit                                                                 Form 02.010

Page 2 of 3

Page 3 oF 3



**AFFIDAVIT OF** Dameion Douglas

ordered to leave in 15 min. again. On the morning of Saturday Oct.
26th, 2019, I was on the Education/Chapel Floor in the Computer Lab and
seen 4 Jewish inmates in their Prayer Service and they left approx.
9:56-10:00am and their Prayer Service was in the same position
that I was in on Oct. 18th during the N.O.I Prayer Service because
it was 4 of them and they DiD not have a Volunteer present
and was reading their religious Materials and Prayed. Chaplain
Dennis Stahlnecker was in the Chapel area also. The only difference
is that their Jewish and was practicing Judaism and I'm Muslim and was
practicing Islam. This is further proof not only of the Continuation
of retaliation by Thompson against me and the fact that I'm suing her
but that Thompson told Stahlnecker to order me to end the
N.O.I Prayer Service to end on Oct. 18th because the Sunni and Jewish
Prayer Services were not ordered to end early.

    I hereby declare that the above statement is true to the best of my knowledge and belief,
and that I understand it is made for use as evidence in court and is subject to penalty for
perjury.

                                            (Signature)

State of Oregon, County of MARION

Signed and sworn to (or affirmed) before me on **Oct 31**, 20**19** by **Dameion Douglas**

M. Gilbert

Notary Public – State of Oregon

My commission expires: **02/28/20**

OFFICIAL STAMP
MELISSA ANN GILBERT
NOTARY PUBLIC - OREGON
COMMISSION NO. 947178
MY COMMISSION EXPIRES FEBRUARY 28, 2020

Affidavit                                                    Form 02.010

Page 3. oF 3





**Oregon**

Kate Brown, Governor

Oregon Department of Corrections
Religious Services
OSCI Residence 3
3405 Deer Park Dr. SE
Salem, OR 97310
Phone: 503-378-2534
Fax: 503-378-2648

February 20, 2020

AIC Damien Douglas, SID #10131429
Oregon State Penitentiary
2605 State St.
Salem, OR 97310-9385

Dear Damien Douglas,

This letter is in response to your second-level Grievance Appeal, #OSP 2019 011 002AA, in which you claim you were treated unfairly by the OSP chaplains when you were asked to leave the chapel area.

I have reviewed your appeal, as well as all prior documentation relating to this grievance. I have found that the chaplains acted appropriately and even allowed you to stay for over 15 minutes to finish your Jummah Prayer even though volunteer staff and chaplains heard you speaking loudly and using foul language. Chaplain Stahlnecker reports that this is not the first time you have exhibited this type of behavior in the chapel. My expectation is that the chapel area is reserved for quiet, reverant and respectful behaviors by all who attend it's functions.

In regards to litigation holds and camera views, you would need to go through your institution security administration to make such a request.

Thank you for addressing your concerns appropriately. This concludes the grievance review process for this matter.

Sincerely,

Daryl Borello
Administrator

SENT
FEB 28 2020
OSP/MCCF GRIEVANCE OFFICE

cc:    Adam Kidwell, Grievance Coordinator

Grievance # OSP-2019-11-002AA _____

Official Use Only                    Resubmit

## GRIEVANCE APPEAL FORM

Name: Douglas          Dameion        D        OSP#1013/929    E 432
      Last            First          Initial   SID#            Cell/Block/Bunk #

List in detail all the reasons you disagree with the original grievance response or initial appeal response. (For the initial appeal, attach original grievance form and staff response. For the final appeal, attach the initial appeal form and response as well as the original grievance and response.)

I'm appealing Young's appeal/response because he back's up Stalhneder's & Thompson's lie that I was being loud & using vulgar language as I & another AIC were entering the room or where Summen Prayer is held on Friday Oct. 18th 2019, causing the next door volunteer to ask me to "please be quiet." In truth on said date none of the above occurred and no volunteer never has asked me to be quiet on said date or any other day. ~~[struck out]~~ ~~[struck out]~~ I'm dropping this in the grievance Box on 2·6·20 @ approx. 3:00pm.

Describe what action you want taken to resolve the grievance appeal if different from original grievance submission.

I want the video footage of Oct. 18th, 2019, from the Chapel's video cameras Cameras for future litigation and I'm requesting a litigation hold be put on said cameras from the time I arrived on the floor @ approx. 1:25pm - 1:55pm to prove the facts.

2·6·20 _____                              _____
Date                                             Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
|  | RECEIVED<br><br>FEB 1 0 2020<br><br>OSP/MCCF GRIEVANCE OFFICE |  |  |
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

For grievance information see back page. Distribution: Green (Original grievance form); Goldenrod (Inmate receipt after processed)          CD 117C (10/2019)



**Oregon**

Kate Brown, Governor



**Oregon Department of Corrections**
Stuart Young, Assistant Administrator
**Religious Services**
OSCI Residence 3
3405 Deer Park Drive SE
Salem, OR 97310
Voice: 503-378-2524
Fax: 503-378-2648

January 27, 2020

Douglas, Damien #10131429
Oregon State Penitentiary
2605 State St NE
Salem, OR 97310

Dear Mr. Douglas:

This letter is in response to your first level Grievance Appeal OSP_2019_11_002A, in which you claim you are being treated unfairly by the chaplains.

I have reviewed your appeal, as well as all prior documentation relating to the grievance. On this occasion, the Adults in Custody (AICs) at Jummah Prayer were being loud and using inappropriate language. Both Chaplain Stahlnecker and Chaplain Thompson, from their respective offices, could hear loud voices coming from the room. I have contacted both chaplains and they confirm the AICs were being disruptive by being loud and using foul language. I have received reports that volunteers in the rooms nearby stated that the group has been loud and they have asked the group to quiet down. This type of behavior is not permitted in the chapel area. It was appropriate for the chaplains to shorten the service time due to AICs behavior.

According to OAR **291-143-0130 Restriction of Religious Activity/Items:** An inmate's participation in approved religious activities and possession of approved religious items may be restricted by the Department of Corrections when deemed necessary to maintain facility security, safety, health and order, or to further inmate rehabilitation or other penological interest, consistent with applicable legal standards. At the chapel, it is our expectation that all AICs show respectful behavior and respect the space of others. AICs can be removed from service if this inappropriate behavior continues.

Thank you for using the administrative process to address your concerns.

Stuart Young
Assistant Administrator

SENT
JAN 29 2020
OSP/MCCF GRIEVANCE OFFICE

cc: A. Kidwell, Grievance Coordinator
    File

Grievance # OSP_2019_11_002A _____

*Official Use Only*                    Resubmit

## GRIEVANCE APPEAL FORM

Name: Douglas     Damein     D     OSP#10131429     E 432     ①
     Last      First      Initial      SID#      Cell/Block/Bunk #

List in detail all the reasons you disagree with the original grievance response or initial appeal response. (For the initial appeal, attach original grievance form and staff response. For the final appeal, attach the initial appeal form and response as well as the original grievance and response.)

I'm appealing Chaplian Stahlnecker's grievance response because it's full of lies where he's alleging that I Disrespected Islam by being "very loud and using vulgar language" as I went into the room for Jumma Prayer at 1:00pm and that "The volunteer in the room next door went to the room and politely asked Mr. Douglas and the other AIC to please be quiet." The Chapel's video footage on Oct. 18th 2019 at approx. 1:25pm from the hallway and room cameras will show that I was by myself as I was in the hallway and entering the room where Jumma Prayer is held. More importantly, the video will prove that no volunteer next door came and told me to please be quiet. No volunteer or Chaplian has never asked me or warned me about extreme noise. Furthermore, Thompson knows me and knows that I've ~~has~~ never been loud or ~~ltous~~ used ~~and~~ vulgar language before or during Jumma Prayer on Oct. 18th 2019 or any other Jumma Prayer Service not only because I lead the Prayer, but its a sin to do such before or during Jumma Prayer, in Islam.

Describe what action you want taken to resolve the grievance appeal if different from original grievance submission.

_____

_____

_____

Jan. 16th, 20
Date

D_ D_
Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| | **RECEIVED** **JAN 17 2020** OSP/MCCF GRIEVANCE OFFICE | **ACCEPTED** **JAN 22 2020** OSP/MCCF GRIEVANCE OFFICE | |
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

For grievance information see back page. Distribution: Green (Original grievance form); Goldenrod (Inmate receipt after processed)     CD 117C (10/2019)

Grievance # OSP_2019_11-002A
*Official Use Only*                     *Resubmit*

## GRIEVANCE APPEAL FORM

Name: Douglas      Dameion      D      OSP#10131929      E 432

Last          First          Initial          SID#          Cell/Block/Bunk #

List in detail all the reasons you disagree with the original grievance response or initial appeal response. (For the initial appeal, attach original grievance form and staff response. For the final appeal, attach the initial appeal form and response as well as the original grievance and response.)

The video footage will prove that it was myself and 3 other AICs in the room when Thompson ~~finished~~ gave her 15 min. order and not myself and another AIC as Stalnecker alleges and ~~other~~ after praying they left and I was by myself for a few minutes when 1 other AIC entered the room and at approx 1:55pm Stalnecker ordered me to leave.

I'm again requesting OSP/ODOC to put a litigation hold on the video footage during all relevant times on Oct. 18th, 2019, from approx. 1:25pm — 1:55pm. because it will prove that I was not even in the Chapel at @ 1:00pm. Also, the education/Chapel floor's ~~scan~~ ~~OSP~~ I.D scanner what time I ~~e~~ arrived on the floor. I said everything in this appeal in response to Stalnecker's lies I'm dropping this in the grievance box on Jan. 16th, 20 at approx. 3:04pm.

Describe what action you want taken to resolve the grievance appeal if different from original grievance submission.

Apologize for lying on me in the grievance

Jan. 16th 20
Date

Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| | RECEIVED JAN 17 2020 OSP/MCCF GRIEVANCE OFFICE | ACCEPTED JAN 22 2020 OSP/MCCF GRIEVANCE OFFICE | |
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

For grievance information see back page. Distribution: Green (Original grievance form); Goldenrod (Inmate receipt after processed)      CD 117C (10/2019)

## GRIEVANCE RESPONSE FORM

**TO BE FILLED OUT BY STAFF**                    Grievance #: OSP-2019-11-002

TO:   Douglas, Damien                    10131425
_____ Name of grievant              SID #

FROM: Chaplain Stahlnecker              Chaplain
_____ Name of respondent              Title

List, in detail, action(s) taken. (What action was taken? Was the action what the inmate requested? If not, why? Who took the action? When was the action taken -- date/time?)

On October 18th at some time after 1300 hrs, Mr. Douglas and one other Adult in custody went into their assigned room to do their Jumma Prayer. They were the only people in this room. Mr. Douglas and the other AIC were being very loud and using vulgar language as they went into their room. The volunteer in the room next door went to the room and politely asked Mr. Douglas and the other AIC to please be quiet. It should be mentioned this has happened many times in the past on numerous occasions, and Mr. Douglas was warned about extreme noise. On this occasion, Chaplain Thompson saw what happened, and told Mr. Douglas and the other AIC that they had 15 minutes to complete their prayer time. It should be mentioned that they were actually given more than 15 minutes to read their sermon before I (Chaplain Stahlnecker) let them know their time was up. If Mr. Douglas continues to be loud and disruptive in his chapel service, he will be escorted out of the chapel area.

**Do not type past this line**

12-13-19

Click here to enter a date.
Date:

Signature of Staff Member

Stuart Young

Signature of Supervisor (Print/Sign)

| Receiving Facility (if not processing facility) | Received at Processing Facility | Sent to Central |
|---|---|---|
|  |  | DEC 2 0 2019 |
|  |  | OSP/MCCF GRIEVANCE OFFICE |
| Date Stamp | Date Stamp | Date Stamp |

Distribution:
White (Original grievance response form)

CD117B (10/19)

Grievance # OSP-2019-11-002          1st

Official Use Only          Resubmit

**GRIEVANCE FORM**

Name: Douglas     Dameion     D          10/31429          OSP-E 432     ①
     Last          First          Initial          SID#          Cell/Block/Bunk #

Whom are you grieving: Chaplains Karuna Thompson & @Dennis Stalhnecker

Please provide the date/time of incident giving rise to grievance: Fri. Oct. 18th 2019 @ 1:35 & ~~1:55~~ 1:55pm

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

I'm resubmitting this grievance even though in my original grievance I did not attempt to file a group grievance nor attempt to represent other AICs. On Fri. Oct. 18th 2019 ~~that~~ ~~@App~~ my 1st Amendment Right to Practice my Religion, 14th Amendment Equal Protection Rights, and my 1st Amendment Right not to Retaliated against for filing grievances and a lawsuit. This occurred on the above date when at @approx. 1:35 Chaplain Karuna Thompson opened up the back door to where I was getting ready to Practice my Nation of Islam religion during the N.O.I. Jumuah Prayer Service, and ordered ~~me~~ ~~to leave~~ that I had 15 min. to read the weekly mandatory Jumuah prayer reading, and to pray then I must leave. That day the reading was 7 pages long and it's impossible to read it and pray within 15min. At approx. 1:55pm Chaplain Dennis Stalhnecker opened up the main door to the N.O.I. Jumuah Prayer Service and ordered me to leave even though I was not Finished reading the 7 page sermon. When I left

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

_____

_____

_____

11-18-19
Date

D. D.
Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| | **RECEIVED** **NOV 18 2019** OSP/MCCF GRIEVANCE OFFICE | **ACCEPTED** **NOV 18 2019** OSP/MCCF GRIEVANCE OFFICE | |
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

For grievance information see back page. Distribution: White (Original grievance form); Canary (Inmate receipt after processed)          CD 117 (10/2019)

Grievance # OSP-2019-11-002     1st

*Official Use Only*     Resubmit

2

## GRIEVANCE FORM

Name: Douglas     Dameion     D     OSP#10131429     E432
_____     _____     ___     _____     _____
Last     First     Initial     SID#     Cell/Block/Bunk #

Whom are you grieving: Chaplins Karom Thompson & Dennis Stalnecker

Please provide the date/time of incident giving rise to grievance: Fri, Oct. 18th, 2019 @ 1:35 & 1:55pm

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

I seen the Sunni Muslim Brothers Praying so I asked S/o Painter ⊙ if I can wait ~~by his desk~~ by his desk until their finished praying because their service is held in the library where the NOI storage closet is, he said YES, 10 min. later they were finished praying, so I entered and asked them "did any Chaplins order any of ya'll to leave in 15 min." they said "NO." I stay approx. 10 min. going through the NOI Storage Closet and when I left they were still in service at approx. 2:20pm. On the morning of Oct. 26th, 2019, I was on the education/chapel floor for my College Computer Lab and seen 4 Jewish inmates in their prayer service and they stayed for the duration. I believe Thompson told Stalnecker to order me to leave the NOI Prayer Service because he did not say anything to me during Prayer Service on Oct. 25th, 2019. I'm officially informing OSP to put a litigation hold on the above video footage of ⊙ the four mentioned event

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

_____

_____

_____

11·18·19
_____     _____
Date     Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility **RECEIVED** **NOV 18 2019** OSP/MCCF GRIEVANCE OFFICE | Accepted/Denied/RFC **ACCEPTED** **NOV 18 2019** OSP/MCCF GRIEVANCE OFFICE | Accepted/Denied/RFC ACCEPTED |
|---|---|---|---|
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

*For grievance information see back page. Distribution: White (Original grievance form); Canary (Inmate receipt after processed)*     CD 117 (10/2019)

Grievance # OSP-2019-11-002          1st

*Official Use Only*          Resubmit

**GRIEVANCE FORM**

Name: Douglas  Dameion  D  OSP #10131429  E 432  ③

Last        First        Initial    SID#        Cell/Block/Bunk #

Whom are you grieving: Chaplin Karem Thompson & Denis Stalnecker

Please provide the date/time of incident giving rise to grievance: Fri. Oct. 18th, 2019 @ 1:35 & 1:55pm

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

For my evidence: Fri. Oct. 18th, 2019, of the Chapel room where the NOI Prayer Service is held @ approx. 1:35pm & approx. 1:55pm; Sat. Oct. 26th, 2019 of the same Chapel room as above during the Jewish Prayer Service at approx. 9:57am; Fri. Oct. 18th, 2019, hallway of the Chapel floor showing that neither Chaplin Thompson or Stalnecker ever did inform anyone from the Sunni Muslim prayer service to leave in 15 min. Please note, my reference to the Jewish & Sunni Prayer Services is to give a accurate reflection of the Chaplains unfair treatment of me and only me and I'm not filing this on behalf of any other AIC. I'm just giving a full & complete factual picture of what occurred to me on Friday Oct. 18th, 2019. I'm filing this on the morning of 11.18.19 at approx. 6:45am.

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

At this point it is clear that ODOC Religious Services will not order Thompson to stop her unprovoked unconstitutional attacks on me

11.18.19                                    D R

Date                                       Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
|  | **RECEIVED** NOV 18 2019 OSP/MCCF GRIEVANCE OFFICE | **ACCEPTED** NOV 18 2019 OSP/MCCF GRIEVANCE OFFICE | ACCEPTED |
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

*For grievance information see back page. Distribution: White (Original grievance form); Canary (Inmate receipt after processed)*          CD 117 (10/2019)



## Oregon Department of Corrections (ODOC)
### Oregon State Penitentiary
### Initial Appeal - Returned for Correction(s)

**To:** Douglas, Damien    **SID #:** 10131429    **Cell:** OSP:E-432
**From:** Kidwell, A    **Date:** 01/07/2020

**Re:** Non-Medical# OSP_2019_11_002

The initial grievance appeal you submitted is being returned to you due to non-compliance with the Department of Corrections (DOC) Rule #109 (Grievance Review System) for the following reason(s):

No new information may be submitted with the appeal unless the information was unavailable to the AIC at the time the original grievance was filed or if the initial grievance response or initial appeal response noted that the information was missing and the submitted information is directly related to the alleged issue or incident being grieved.

An AIC may only submit supporting documentation if it directly relates to the incident or issue being grieved, such as program failures, AIC communications, etc.

The attached three-page affidavit does not fit the grievance rules guidelines for supporting documents and was available prior to filing the initial grievance. The supporting documents are not to be in place of the narrative that should be solely presented on the department grievance and appeals forms. Please provide an appeal without documents that were available prior to the initial grievance filing and where the appeal and grievance forms are the only documents that carry the narrative of the grieved issue. Acceptable supporting documents would be canteen receipts, AIC communications between staff and AIC, program fails, newsletters, etc.

291-109-0225 Grievance and Appeals General Processing Standards

(2) Grievances and grievance appeals returned for correction:

(a) An AIC may elect to resubmit a grievance or grievance appeal that has been returned for correction to the AIC because it does not comply with these rules.

(b) The grievance or grievance appeal may only be resubmitted twice and must be received by the institution grievance coordinator within 14 calendar days from when the grievance or grievance appeal was originally returned to the AIC.

(c) If rewritten, the return receipt and original grievance or grievance appeal must also be attached.

If you have any questions regarding your initial grievance appeal, please refer to the Department of Corrections Administrative Rule "Grievance Review System" tab #109 located in the legal library or kyte your institution Grievance Coordinator.

Page 1 of 1

**Confidentiality Notice:** This document contains information belonging to the Department of Corrections. This information may be confidential, restricted, and/or legally privileged, and is intended for appropriate and approved use under existing department rules, regulations, confidentiality and security agreements. If you have received this document in error, please notify DOC immediately, keep the contents confidential, and promptly destroy the information and/or delete the document information from your computer system.

Grievance # ~~OSP-2019-11-002A~~

Official Use Only

Resubmit

(1)

## GRIEVANCE APPEAL FORM

Name: Douglas          Dameion          D          OSP#10131429          E 432

Last          First          Initial          SID#          Cell/Block/Bunk #

List in detail all the reasons you disagree with the original grievance response or initial appeal response. (For the initial appeal, attach original grievance form and staff response. For the final appeal, attach the initial appeal form and response as well as the original grievance and response.)

I'm appealing Chaplin Stahlnecker's response because his response is alleging that I disrespected Islam by being "very loud and using Vulgar language" as I went into the room for Jumah Prayer and alleges that "The volunteer in the room next door went to the room and politely asked Mr. Douglas and the other AIC to please be quiet." In order to prove that the above are lies I'm attaching my 3 page Oct. 31st, 2019 Affidavit. Additionally, the Chapel's video footage on Oct. 18th, 2019 from the hallway and room cameras will show that I was not even talking as I was in the hallway and entering the room and will prove that it was 3 other AICs and myself in the room when Thompson told us about the 15 minutes and Most importantly, the video will prove that no volunteer next door came and told me or any of the other 3 Brothers to please be quiet. Furthermore, after Thompson told us about 15 min. the other 3 Brothers left after praying and I stayed

Describe what action you want taken to resolve the grievance appeal if different from original grievance submission.

_____

_____

_____

Jan. 2nd, 2020

Date

D

Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| | **RECEIVED** JAN 03 2020 OSP/MCCF GRIEVANCE OFFICE | Returned For Correction JAN 07 2020 OSP/MCCF GRIEVANCE OFFICE | |
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

*For grievance information see back page. Distribution: Green (Original grievance form); Goldenrod (Inmate receipt after processed)*          CD 117C (10/2019)

Grievance # OSP-2019-11-002 _____
                                        *Official Use Only*          *Resubmit*

**GRIEVANCE APPEAL FORM**                                        ②

Name: Douglas        Dameion     D        OSP #10131429      E 432
      Last          First       Initial      SID#          Cell/Block/Bunk #

List in detail all the reasons you disagree with the original grievance response or initial appeal response. (For the initial appeal, attach original grievance form and staff response. For the final appeal, attach the initial appeal form and response as well as the original grievance and response.)

to read the 7 page Mandatory Jumma Prayer Service & weekly message and another
Brother came in and began reading with me and we did not even get halfway through when
Stalhnecker told us to leave.

        I'm not grieving for no one but myself and had to give a Factual
response to the grievance response that brought up another AIC.

        I have attached the my Oct. 31st, 2019 Affidavit of the events
as they factually occurred on Oct. 18th, 2019 (Exhibits 1-3).

        Again, I'm requesting that the video footage of the Oct. 18th, 2019
hallway camers showing me entering the Chapel room where the N.O.I Prayer
Service is held and the camer footage of the room where a N.O.I Service is held to
prove that Stalhnecker lies

Describe what action you want taken to resolve the grievance appeal if different from original grievance submission.

_____
_____
_____

Jan 2nd/2020                                    D D
Date                                            Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility **RECEIVED** **JAN 03 2020** OSP/MCCF GRIEVANCE OFFICE | Accepted/Denied/RFC **Returned For Correction** **JAN 07 2020** OSP/MCCF GRIEVANCE OFFICE | Accepted/Denied/RFC |
|---|---|---|---|
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

*For grievance information see back page. Distribution: Green (Original grievance form); Goldenrod (Inmate receipt after processed)*          CD 117C (10/2019)

Grievance # OSP-2019-11-002A _____

*Official Use Only*          *Resubmit*

## GRIEVANCE APPEAL FORM

③

Name: Douglas     Dameion     D     OSP#10131429     E 432
　　　　Last　　　　　First　　　　Initial　　　SID#　　　Cell/Block/Bunk #

List in detail all the reasons you disagree with the original grievance response or initial appeal response. (For the initial appeal, attach original grievance form and staff response. For the final appeal, attach the initial appeal form and response as well as the original grievance and response.)

prove that Stalhnecker's version of what occurred is lies.

　　As a practicing Muslim, I am strictly prohibited from using loud and/or vulgar language before or during Jumma Prayer.

　　Therefore, the grievance response is a attempt to tarnish my sincerity to my practice of Islam, thus, I'm requesting that said video footage from the room & hallway cameras be saved pursuant to a future litigation hold as evidence in future litigation.

　　I'm filing this on Jan 2nd, 2020, at approx. 3:00 pm

Describe what action you want taken to resolve the grievance appeal if different from original grievance submission.

View & Save said Video Footage from said Date & Time and apologize for accusing me of violating my Religion by being loud and using vulgar language before & During Jumma Prayer.

Jan. 2nd, 2020　　　　　　　　　　　　　　　　　　D____
Date　　　　　　　　　　　　　　　　　　　　　Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility **RECEIVED** **JAN 03 2020** OSP/MCCF GRIEVANCE OFFICE | Accepted/Denied/RFC **Returned For Correction** **JAN 07 2020** OSP/MCCF GRIEVANCE OFFICE | Accepted/Denied/RFC |
|---|---|---|---|
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

*For grievance information see back page. Distribution: Green (Original grievance form); Goldenrod (Inmate receipt after processed)*　　　CD 117C (10/2019)

Page 1 of 3

①

**AFFIDAVIT OF** Dameion Douglas

On Friday October 18th, 2019, during the N.O.I Jumma Prayer Service at approx. 1:35pm Chaplain Karuna Thompson opened the back door to where the NOI Prayer Service is held and ordered me and 3 other inmates to leave in 15 min. I informed her that line movement has not been called yet and everyone is not here yet. She replied they can read it (weekly mandatory NOI reading during Jumma) when they arrive. That day it was 7 pages and 15 min was not long enough to read it and to Pray First. Even though everyone was not present the 4 of us prayed and the other 3 Brothas left and said that 15 min. is not enough time to read the weekly mandatory reading. Friday Jumma Prayer is mandatory for everyone to Pray at the same time. I stayed and began reading and shortly thereafter another Brotha came and we began reading it. We didn't even get half way through when Chaplain Dennis Stalhnecker came and opened the hallway door at approx. 1:55pm and

**I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.**

_____
(Signature)

State of Oregon, County of _____

Signed and sworn to (or affirmed) before me on _____, 20___ by _____

_____
Notary Public – State of Oregon

My commission expires: _____

Affidavit                                                          Form 02.010

Page 1 of 3

Page 2 of 3



**AFFIDAVIT OF** Dameion Douglas

ordered us to leave. As I was leaving, I seen the Sunni Muslim were praying in the Chapel/library so I asked CPL. Panther and asked him could I wait for the Sunni Brothers to finish praying so I can access the NOI closet in the library he said yes." I went to the bathroom for approx. 10 min and came out and learned that line movement was not even called yet. I went in the library because they were finished praying, but were still in service. I asked a couple of Brothers did any Chaplain order yo'll to leave in 15 min they said "no". So I stayed until approx. 2:30 pm and some of them were still in service when I left. The next week on Friday October 25th 2019, Thompson was not in the Chapel and Chaplain Stallmacker did not threaten us by ordering us to leave in 15 min and only 1 Brother stayed because the rest of the Brothers heard what occurred on Oct. 18th 2019, and was intimidated that we would be

**I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.**

_____
(Signature)

State of Oregon, County of _____

Signed and sworn to (or affirmed) before me on _____, 20___ by _____

_____
Notary Public – State of Oregon

My commission expires: _____

Affidavit                                                      Form 02.010

Page 2 of 3

Page 3 of 3

③

**AFFIDAVIT OF** Dameion Douglas

ordered to leave in 15 min. again. On the morning of Saturday Oct. 26th, 2019, I was on the Education/Chapel Floor in the Computer lab and seen 4 Jewish inmates in their Prayer Service and they left approx. 9:56 - 10:00am and their Prayer Service was in the same position that I was in on Oct. 18th during the NOI Prayer Service because it was 4 of them and they did not have a Volunteer present and was reading their religious materials and Prayed. Chaplain Dennis Stallmacker was in the Chapel area also. The only difference is that their Jewish and was practicing Judaism and I'm Muslim and was practicing Islam. This is further proof not only of the Continuation of retaliation by Thompson against ME and the fact that I'm suing her but that Thompson told Stallmacker to order me ~~to stop the~~ the ~~ser~~ NOI Prayer Service to end on Oct. 18th ~~be~~ because the Sunni and Jewish Prayer Services were not ordered to end early.

**I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.**

_(Signature)_

State of Oregon, County of MARION

Signed and sworn to (or affirmed) before me on Oct 31 , 2019 by Dameion.Douglas

Notary Public – State of Oregon

My commission expires: 02/28/20

OFFICIAL STAMP
MELISSA ANN GILBERT
NOTARY PUBLIC - OREGON
COMMISSION NO. 947178
MY COMMISSION EXPIRES FEBRUARY 28, 2020

Affidavit                                                    Form 02.010

Page 3 OF 3

**GRIEVANCE RESPONSE FORM**

<u>TO BE FILLED OUT BY STAFF</u>                    <u>Grievance #: OSP-2019-11-002</u>

TO:    Douglas, Damien _____    10131425 _____
       Name of grievant                SID #

FROM: Chaplain Stahlnecker _____    Chaplain _____
       Name of respondent               Title

List, in detail, action(s) taken. (What action was taken? Was the action what the inmate requested? If not, why? Who took the action? When was the action taken -- date/time?)

On October 18th at some time after 1300 hrs, Mr. Douglas and one other Adult in custody went into their assigned room to do their Jumma Prayer. They were the only people in this room. Mr. Douglas and the other AIC were being very loud and using vulgar language as they went into their room. The volunteer in the room next door went to the room and politely asked Mr. Douglas and the other AIC to please be quiet. It should be mentioned this has happened many times in the past on numerous occasions, and Mr. Douglas was warned about extreme noise. On this occasion, Chaplain Thompson saw what happened, and told Mr. Douglas and the other AIC that they had 15 minutes to complete their prayer time. It should be mentioned that they were actually given more than 15 minutes to read their sermon before I (Chaplain Stahlnecker) let them know their time was up. If Mr. Douglas continues to be loud and disruptive in his chapel service, he will be escorted out of the chapel area.

12-13-19

Date:

**Do not type past this line**

Signature of Staff Member

Stuart Young

Signature of Supervisor (Print/Sign)

| Receiving Facility (if not processing facility) | Received at Processing Facility | Sent Clerical |
|---|---|---|
|  |  | DEC 20 2019 |
| Date Stamp | Date Stamp | Date Stamp |

OSP/MCCF GRIEVANCE OFFICE  Distribution:
White (Original grievance response form)

CD117B (10/19)

Grievance # OSP-2019-11-002                1st

Official Use Only                Resubmit

## GRIEVANCE FORM

Name: Douglas   Dameion   D   10131429   OSP-E 432   ①
　　　Last　　　First　　　Initial　　　SID#　　　Cell/Block/Bunk #

Whom are you grieving: Chaplains Karina Thompson & ① Dennis Stallnecker

Please provide the date/time of incident giving rise to grievance: Fri. Oct. 18th, 2019 @ 1:35¢ ~~①~~ on 1:55pm

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

I'm resubmitting this grievance even though in my original grievance I did not attempt to file a group grievance nor attempt to represent other AICs. On Fri. Oct. 18th, 2019 ~~②~~ ~~③③③③③③③~~ my 1st Amendment Right to Practice my Religion, 14th Amendment Equal Protection Rights, and my 1st Amendment Right not to Retaliated against for filing grievances and a lawsuit. This occurred on the above date when at approx. 1:35 Chaplain Karina Thompson opened up the back door to where I was getting ready to Practice my Nation of Islam religion during the N.O.I. Jumm Prayer Service, and ordered ~~me~~ ~~④④④④④④~~ that I had 15 min. to read the weekly mandatory Jumm prayer reading and to pray then I must leave. That day the reading was 7 pages long and it's impossible to read it and pray within 15 min. At approx. 1:55pm Chaplin Dennis Stallnecker opened up the main door to the N.O.I Jumm Prayer Service and ordered me to leave even though I was not finished reading the 7 page sermon. When I left

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

_____

_____

_____

11-18-19                                D D
Date                                Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| | **RECEIVED** | **ACCEPTED** | ~~ACCEPTED~~ |
| | **NOV 18 2019** | **NOV 18 2019** | |
| | OSP/MCCF GRIEVANCE OFFICE | OSP/MCCF GRIEVANCE OFFICE | |
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

For grievance information see back page. Distribution: White (Original grievance form); Canary (Inmate receipt after processed)    CD 117 (10/2019)

Grievance # OSP-2019-11-002    1st

*Official Use Only*

Resubmit

2

## GRIEVANCE FORM

Name: Douglas    Dameion    D    OSP #10131429    E-432
      Last         First      Initial    SID#         Cell/Block/Bunk #

Whom are you grieving: Chaplins Karran Thompson & Dennis Stalnnecker

Please provide the date/time of incident giving rise to grievance: Fri. Oct. 18th, 2019 @ 1:35 & 1:55pm

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

I seen the Sunni Muslim Brothers praying so I asked C/o Panther if I can wait by his desk until their finished praying because their service is held in the library where the NOI storage closet is, he said yes, 10 min. later they were finished praying, so I entered and asked them "did my Chaplins order any of ya'll to leave in 15 min," they said "NO." I stayed approx. 10 min. going through the NOI Storage Closet and when I left they were still in service at approx. 2:20pm. On the morning of Oct. 26th, 2019 I was on the education/Chapel Floor for my College Computer Lab and seen 4 Jewish inmates in their prayer service and they stayed for the duration. I believe Thompson told Stalnnecker to order me to leave the NOI Prayer Service because he did not say anything to me during Prayer Service on Oct. 25th, 2019, I'm officially informing OSP to put a litigation hold on the above video footage of the forementioned event

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

_____

_____

_____

11.18.19
Date

Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility **RECEIVED** **NOV 18 2019** OSP/MCCF GRIEVANCE OFFICE | Accepted/Denied/RFC **ACCEPTED** **NOV 18 2019** OSP/MCCF GRIEVANCE OFFICE | Accepted/Denied/RFC ACCEPTED |
|---|---|---|---|
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

*For grievance information see back page. Distribution: White (Original grievance form); Canary (Inmate receipt after processed)*    CD 117 (10/2019)

Grievance # OSP- 2019- 11- 002   1st

*Official Use Only*   *Resubmit*

## GRIEVANCE FORM

Name: Douglas   Dameion   D   OSP #10131429   E 432   ③
Last       First       Initial   SID#        Cell/Block/Bunk #

Whom are you grieving: Chaplin Karim Thompson & Denis Stalbnaker

Please provide the date/time of incident giving rise to grievance: Fri. Oct. 18th 2019 @ 1:35 & 1:55pm

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

For my evidence: Fri. Oct. 18th, 2019, of the Chapel room where the NOI Prayer Service is held @ approx. 1:35pm & approx. 1:55pm; Sat. Oct. 26th 2019 of the same Chapel room as above during the Jewish Prayer Service at approx. 9:57am; Fri. Oct. 18th, 2019, hallway of the Chapel floor showing that neither Chaplin Thompson or Stalbnaker ever did inform anyone from the Sunni Muslim Prayer Service to leave in 15 min. Please note, my reference to the Jewish & Sunni Prayer Services is to give a accurate reflection of the Chaplains unfair treatment of me and only me and I'm not filing this on behalf of any other AIC. I am just giving a full & complete factual picture of what occurred to me on Friday Oct. 18th, 2019. I'm filing this on the morning of 11.18.19 at approx. 6:45am.

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

At this point it is clear that ODOC Religious Service will not order Thompson to stop her unprovoked unconstitutional attack(s) on me

11.18.19
Date

Signature

Receiving Facility (If not processing facility)    Date Stamp

Received at Processing Facility    RECEIVED    NOV 18 2019    OSP/MCCF GRIEVANCE OFFICE    Date Stamp

Accepted/Denied/RFC    ACCEPTED    NOV 18 2019    OSP/MCCF GRIEVANCE OFFICE    Date Stamp

Accepted/Denied/RFC    ACCEPTED    Date Stamp

For grievance information see back page. Distribution: White (Original grievance form); Canary (Inmate receipt after processed)    CD 117 (10/2019)

Dameion Douglas (AIC), SID #10131429 v Thompson, et al, USDC 6:20-cv-00546-AA
DOUG-0117
EXHIBIT 1, Page 28 of 28