

Kate Brown, Governor

**Oregon Department of Corrections**
Correctional Services Division
2575 Center Street, NE
Salem, OR 97301-4667
Telephone: (503) 945-9055
Fax: (503) 373-1173



September 16, 2019

Damien Douglas, #10131429
Oregon State Penitentiary
2605 State St.
Salem, OR 97310

Subject:  Second Level Grievance Appeal – OSP-2019-06-037AA
          RE: Concern of Name not Included on Ramadan List

Dear Mr. Douglas:

This letter is in response to Grievance OSP-2019-06-037AA received by the Correctional Services Division regarding your concern of your name not listed on May 5, 2019, Count Time Report (Exhibit 2). I understand you dispute Mr. Holmes response to your first-level appeal concerning the citing of your name not on the list of Adults in Custody receiving Ramadan this year.

I have reviewed your grievance requests and the responses that were sent to you by Religious Services. In Mr. Holmes' previous response he stated, "On the Institution Program Assignments Listing (cited as Exhibit 1) your name was included for Ramadan. This listing was done on 5/3/19, two days before Ramadan began. As noted, this listing was completed by Religious Services and distributed to stakeholders within OSP two days before the Ramadan fast..." While you are correct in stating your name was not placed on Exhibit 2, you are incorrect in asserting that Mr. Holmes stated it *was* on Exhibit 2.

After reviewing your appeal and the corresponding documents, I concur with the response you received from Mr. Holmes. You have not provided any additional information in the second-level appeal that would warrant a response other than that which you have already received.

SENT
SEP 20 2019
OSP/MCCF GRIEVANCE OFFICE

CS2019-084

CS2019-084  
Damien Douglas., #10131429  
2nd Level Grievance  
September 12, 2019  
Page 2

Thank you for using the appropriate administrative process to review your concerns. This concludes the grievance review process for this matter.

Sincerely,

*[signature]*

Cindy Booth  
Interim Assistant Director

CB:dh:hr

xc: A. Kidwell, Grievance Coordinator, OSP  
     D. Holmes, Administrator, Religious Services  
     File

SENT  
SEP 20 2019  
OSP/MCCF GRIEVANCE OFFICE

## GRIEVANCE APPEAL FORM

OSP_2019-06-037AA

TO BE FILLED OUT BY INMATE

TO: Grievance Coordinator

FROM: Douglas   Dameion   D     OSP# 10131429     E 432
Last Name   First   Initial       SID #           Cell/Block/Bunk #

1. List in detail all the reasons you disagree with the original grievance or level #1 appeal response. (For level #1 appeal, attach original grievance form and staff response. For level #2 appeal, attach level #1 appeal form and staff response and, also, the original grievance form and staff response.)

   I'm appealing Holmes response because clearly My name is not listed on Exhibit 2. which indicates the names of every inmate that received Ramadon meals in E-Block on the 1st Day of Ramadon. On said date, and currently, I was housed in E 432.

   I'm mailing this on 8-27-19 at 6:50am

2. Describe what action you want taken to resolve the grievance. (How can the problem be resolved?)

   In the Future, I Do not want to miss any Days of Ramadon.

Date: 8-26-19

Inmate Signature

RECEIVED
AUG 27 2019
OSP/MCCF GRIEVANCE OFFICE

Distribution:
Original Grievance Form (Green)
File Copy – Send with Original to Staff (Yellow)
Inmate Receipt (Blue)
Inmate Copy (Pink)

CD 117r (10/03)

 

Kate Brown, Governor

**Oregon Department of Corrections**
Dennis Holmes, Administrator,
Religious Services
OSCI Residence 3
3405 Deer Park Drive SE
Salem, OR 97310
Voice: 503-378-2524
Fax: 503-378-2648

August 5, 2019

Damien Douglas, SID #10131429
Oregon State Penitentiary
2605 State Street
Salem, OR 97310

Mr. Douglas,

This letter is in response to your first-level Grievance Appeal, OSP_2019_06_037A, in which you stated that you were *"not on the Ramadan list for the first day of Ramadan"*.

I have reviewed your appeal, as well as all prior documentation relating to this grievance. On the Institution Program Assignments Listing (cited as exhibit 1) your name was included for Ramadan. This listing was done on 5/3/19, two days before Ramadan began. As noted, this listing was completed by Religious Services and distributed to stakeholders within OSP two days before the Ramadan fast began. If you did not receive a sack lunch on the first day, as you stated in your grievance, this would not have been due to a lack of having your name included in the Ramadan activity by Religious Services staff.

However in response to the action you have requested regarding inclusion in future Ramadan fasts, if you meet the criteria for participation in this event you will be added each year to the Ramadan Program Assignment Listing.

Thank you for addresing your concerns appropriately.

Sincerely,

Dennis Holmes, Administrator | Religious Services

**SENT**
**AUG 13 2019**
OSP/MCCF GRIEVANCE OFFICE

Grievance # OSP-2019-06-037A
*Staff Use Only*

# GRIEVANCE APPEAL FORM

Inmate: Douglas / Dameion / D / OSP#10131429 / E432
Last / First / Initial / SID# / Cell/Block/Bunk #

List in detail all the reasons you disagree with the original grievance response or first appeal response. Use multiple grievance appeal forms if necessary. (For the first appeal, attach original grievance form and staff response. For the second appeal, attach first appeal form and response as well as the original grievance and response.)

I'm appealing Thompson's response because Exhibit 2 clearly proves that I was not on the Ramadan list for the 1st Day of Ramadan. ~~[scribbled out]~~

I'm Dropping this in the grievance Box at "approx. 6:33-6:36am, on 7-26.

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

I Do not want to miss any future Days of Ramadan.

7-25-19
Date

[Signature] D R
Inmate Signature

Receiving Facility (if not processing facility)

Date Stamp

Received at Processing Facility

**RECEIVED**
**JUL 26 2019**
OSP/MCCF GRIEVANCE OFFICE
Date Stamp

Distribution:
Green (Original grievance appeal form)
Yellow (Grievance file copy)
Blue (Inmate receipt after processed)
Pink (Inmate copy)

*For grievance appeal instructions see back page*

CD 117c (11/14)

## GRIEVANCE RESPONSE FORM

**TO BE FILLED OUT BY STAFF**                                   **Grievance #**    OSP_2019_06_037

TO: Douglas, Damien            10131429
     Inmate Name                 SID #
FROM:    Chaplain Karuna Thompson
          Staff Member

1. List, in detail, action(s) taken. (What action was taken? Was the action what the inmate requested? If not, why? Who took the action? When was the action taken – date/time?)

   On May 3rd when I was reviewing with our clerks the final list for Ramadan participants I discovered that the NOI group had not been added to the list. I added them all at that time. Ramadan did not start in the institution until Monday, May 6th, 2019. As soon as the names were entered I notified food services so they would be prepared for the change in numbers and make enough meals for everyone at the start of Ramadan. To my knowledge all NOI members were included in sack meals on the first day of Ramadan. Please see supporting e-mails that are attached.

Date: 7.1.19

Signature of Staff Member

Signature of Supervisor (Print/Sign): Dennis [signature]

Sent from processing facility

**SENT**
**JUL 12 2019**
OSP/MCCF GRIEVANCE OFFICE
Date Stamp

Sent to inmate from current facility (if not processing facility)
Date Stamp

7/1/2019          ramadan 2019 - Google Search

**Google**    ramadan 2019      🔍      Sign in

All    News    Images    Books    Videos    More      Settings   Tools

About 258,000,000 results (0.41 seconds)

Ramadan 2019 in United States began in the evening of
## Sunday, May 5
and ended in the evening of
## Monday, June 3

Feedback

**Ramadan 2019: What is Ramadan? When is it? How is it celebrated?**
https://www.usatoday.com/story/news/nation/2019/05/...ramadan-2019.../1110697001/
May 5, 2019 - **Ramadan**, the most important month of the year in the Muslim calendar, begins Sunday, May 5, and ends Tuesday, June 4.

**When is Ramadan 2019? - Ramadan Timetable 2019 - Muslim Aid**
https://www.muslimaid.org/what-we-do/religious-dues/ramadan-2019/ ▼
The Blessed month of **Ramadan** is upon us once again - a time for reflection, contemplation and celebration. As the Islamic calendar is based around the lunar ...

**Ramadan 2019: How to Wish Someone a Happy Ramadan | Time**
https://time.com › Living › Holidays
May 6, 2019
You can exchange **Ramadan** greetings by saying "**Ramadan** Kareem," which translates into "Have a generous ...

### People also ask

| When did Ramadan start in 2019? | ⌄ |
|---|---|
| How long does Ramadan last? | ⌄ |
| What is allowed and not allowed during Ramadan? | ⌄ |
| Why do Muslims fast? | ⌄ |

Feedback

**Ramadan 2019: 9 questions about the Muslim holy month you were ...**
https://www.vox.com/2017/5/.../what-is-ramadan-2019-start-date-muslim-islam-about ▼
Apr 29, 2019 - When does **Ramadan 2019** start? What is Ramadan? How does fasting work? Your questions, answered.

**Ramadan 2019: Why is it so important for Muslims? | Islam | Al Jazeera**
https://www.aljazeera.com/.../ramadan-2019-important-muslims-190505145156499.h... ▼
May 5, 2019 - **Ramadan** is the holiest month for Muslims. Every year, Muslims around the world fast during daylight hours, but what is it really about?

**Ramadan - Wikipedia**
https://en.wikipedia.org/wiki/Ramadan ▼
**Ramadan** (/ˌræməˈdɑːn/, also US: /ˈrɑːm-/, ˈræmədɑːn, ˈrɑːm-/, UK: /ˈræmədæn/; ... 2019 date, 6 May – 3 June. 2020 date, evening of 23 April (22 April for Mali; 24 April for Australia, Bangladesh, Brunei Darussalam, India, Iran, Morocco, Nepal, ...

**2019 date:** 6 May – 3 June      **Observed by:** Muslims
**Celebrations:** Community iftars and Community ...    **Begins:** At the last night of the month of Sha'ban

Dameion Douglas (AIC), SID #10131429 v Thompson, et al, USDC 6:20-cv-00546-AA
DOUG-0147
EXHIBIT 5, Page 7 of 14

**Thompson Karuna R**

| | |
|---|---|
| **From:** | Thompson Karuna R |
| **Sent:** | Friday, May 03, 2019 2:22 PM |
| **To:** | Ridderbusch Rick E; Powers Aaron J |
| **Cc:** | Stahlnecker Dennis U; Perlstein Avrohom Y |
| **Subject:** | New Names for NOI on Ramadan |

Hi Everyone,

I discovered today that the NOI community had not had their names added to our Ramadan list. I am sorry for the jump in numbers but thought better to add them then to have the complaints on the first nights when they were not on the list. Thank you for your understanding and support.

Warmly,

**Karuna Thompson, Chaplain**

*Oregon State Penitentiary*
*2605 State Street*
*Salem, OR 97301*

**Office**: 503-373-1350 / **Cell**: 971-600-5907

1

**Thompson Karuna R**

| | |
|---|---|
| **From:** | Young Stuart D |
| **Sent:** | Sunday, May 05, 2019 7:44 PM |
| **To:** | DL RS Chaplains |
| **Subject:** | Ramadan |

The moon was sighted so the first day is Monday. Food Services and institution staff have been notified to start meal service Monday early morning.

Sent from my iPhone

1

# E-BLOCK
## Hair Cut List

Date __7/26/19__

* ONLY SIGN UP YOUR NAME.

*Remain in your cell until called.
*Do not request to use the barber tools.
*No shaving in barber area.
*Names outside the boxes will be removed.
*If a box contains more than one name, both will be removed.
*You may have a haircut once every 30 days.
*Sign up on your tier's day only. NO EXCEPTIONS!
*Not showing up for your haircut will suspend your haircut privileges for 30 days

| ********************Name********************* | **********Cell#********* |
|---|---|
| CHAVEZ, G | 117 |
|  |  |
|  |  |
|  |  |
|  |  |

The following names will be called if time permits:

| ********************Name********************* | **********Cell#********* |
|---|---|
|  |  |
|  |  |
|  |  |

Grievance # OSP-2019-06-037
*Staff Use Only*

# GRIEVANCE FORM

Inmate: __Douglas__  __Dameion__  __D__   OSP# 10131429   E 432
    Last           First          Initial       SID#         Cell/Block/Bunk #

Reason for grievance: (check all that apply)
- ☐ Misapplication of any administrative directive or operational procedure
- ☐ The lack of an administrative directive or operational procedure
- ☐ Any unprofessional behavior or action which may be directed toward an inmate by an employee, contractor, or volunteer of the Oregon Department of Corrections or the Oregon Corrections Enterprises
- ☐ Any oversight or error affecting an inmate
- ☐ A program failure as defined in the DOC rule on Performance Recognition and Award System (Inmate), OAR 291-077-0020, unless the program failure is a direct result of a misconduct report where the inmate was found in violation
- ☐ The loss or destruction of property as designated in the DOC rule on Personal Property (Inmate), OAR 291-117-0130(3)
- ☐ Sexual contact, solicitation or coercion between an employee, volunteer or contractor and an inmate

Please provide the date/time of incident giving rise to grievance: __5-6-19__

List in detail all the reasons for your grievance. Use multiple grievance forms if necessary. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

I'm grieving Chaplin Karuna Thompson for failing to add my name to the Ramadan list causing me to miss the first day of Ramadan on 5-6-19. On Friday 3-29-19, Sunni Muslim Troy Ramsey came in the NOI Jumma and informed me that Thompson asked for our Ramadan list. I was confused because in previous years everyone on the Jumma list was automatically on the Ramadan list plus I was under the impression that inmates cannot add or remove anyone's names. I gave him my name and everyone's names on our ① Jumma list or who attends Jumma and Chaplin Dennis Stallmaker was not in his office so I gave ② Ramsey the list and he took both the Sunni and NOI Ramadan list to Thompson so she could put all of our names ③ on it. Fast Forward to Friday May 3rd, 2019, the Friday before Ramadan and I asked Robert Boyd to get the Ramadan list ④ to be sure everyone's names was

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

_____
_____
_____

__5-31-19__                         __D R__
Date                                Inmate Signature

Distribution:
White (Original grievance form)
Yellow (Grievance file copy)
Pink (Inmate receipt after processed)
Goldenrod (Inmate copy)

*For grievance information see back page*

Receiving Facility (if not processing facility)
Date Stamp

Received at Processing Facility
**RECEIVED**
**JUN 03 2019**
OSP/MCCF GRIEVANCE OFFICE
Date Stamp

CD 117 (11/14)

Grievance # **OSP-2019-06-037**
Staff Use Only

# GRIEVANCE FORM

(a)

Inmate: __Douglas__  __Dameion__  __D__  __OSP# 10131429__  __E 432__
         Last        First       Initial   SID#              Cell/Block/Bunk #

Reason for grievance: (check all that apply)
- ☐ Misapplication of any administrative directive or operational procedure
- ☐ The lack of an administrative directive or operational procedure
- ☐ Any unprofessional behavior or action which may be directed toward an inmate by an employee, contractor, or volunteer of the Oregon Department of Corrections or the Oregon Corrections Enterprises
- ☐ Any oversight or error affecting an inmate
- ☐ A program failure as defined in the DOC rule on Performance Recognition and Award System (Inmate), OAR 291-077-0020, unless the program failure is a direct result of a misconduct report where the inmate was found in violation
- ☐ The loss or destruction of property as designated in the DOC rule on Personal Property (Inmate), OAR 291-117-0130(3)
- ☐ Sexual contact, solicitation or coercion between an employee, volunteer or contractor and an inmate

Please provide the date/time of incident giving rise to grievance: _____

List in detail all the reasons for your grievance. Use multiple grievance forms if necessary. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

on it. When he came with it I was suprised to notice that my name was not on it as I've Been attending Jumaa and practicing Ramadan For the past 10 years in OSP and past 22 years in total. Myself, Boyd, and Ramey went inside Thompson's office and informed her of the Formentioned events and she claimed to have put everyone's names from Both the NOI and Sunni list to the Ramadan list. However, only the Sunni names were added on Tuesday April 2nd, 2019. We again informed her of the Formentioned and she said that "this is the last time I'm doing this." Dennis Stalnecker was not in his office during said time. To be clear, I'm grieving Thompson for failing to "timely add my name to the Ramadan list causing me to miss/dismiss the first Day of Ramadan. I'm dropping this in the Grievance Box at 7:10 am on 5.31.

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

There should not be any future problems with Ramadan or any other Muslim annual celebrations. See Exhibit 1 a copy of the May 3rd, 2019 Ramadan list and Exhibit 2 a copy of the May 5th, 2019 Ramadan list

__5.31.19__                                     __D__
Date                                            Inmate Signature

Distribution:
White (Original grievance form)
Yellow (Grievance file copy)
Pink (Inmate receipt after processed)
Goldenrod (Inmate copy)

*For grievance information see back page*

Receiving Facility
(if not processing facility)

Date Stamp

Received at Processing Facility

**RECEIVED**
**JUN 03 2019**
OSP/MCCF GRIEVANCE OFFICE
Date Stamp

CD 117 (11/14)

```
SCD108I                 Corrections Information Systems              5/03/19
THOMPSKR                Institution Program Assignments              14:20:44
                                                                     Page   1
Program: OSP   RELISPEC Religious Special Activity        Capacity:    60
Section ID: RELRAMADAN Ramadan 2019                       Assigned:    44
                                                          Waiting:

Offender Name         ID No.    Referred   Entered     NCI ACRS  Cell#    Release
--------------------------------------------------------------------------------
ALI, MEHAMED          21891340  4/02/2019  4/02/2019    2  .10   DRM263   8/27/2022
AL-WADUD, ABDUR RA    10534564  4/23/2019  4/23/2019    3  .01   E-536
AYDINER, DENIZ        15375190  5/03/2019  5/03/2019    3  .01   A313B
BEARD, CURTIS LEE      6349924  5/03/2019  5/03/2019    2  .02   E-560    1/11/2038
BOWIE, JAMES MICHA    17567358  5/03/2019  5/03/2019    1  .20   E-377B  12/22/2024
BOYD, JEREMY JW Jr    22489356  4/02/2019  4/02/2019    1  .07   E-337B   1/05/2033
BOYD, ROBERT DARNE    16362422  5/03/2019  5/03/2019    3  .04   A-259A
DOUGLAS, DAMIEN       10131429  5/03/2019  5/03/2019    3  .01   E-432
FUDGE, JAMES CHARL     7994245  4/02/2019  4/02/2019    2  .01   D-306B
HABIBULLAH, MOHDSI    18667057  4/22/2019  4/22/2019    3  .01   E-418    6/11/2028
HAJI, HANAD A         19460781  5/03/2019  5/03/2019    1  .35   DS-328  11/10/2022
HARRIS, QUENTIN L     14721651  5/03/2019  5/03/2019    3  .01   MHI43
HILL, BRIAN            6942696  4/02/2019  4/02/2019    3  .01   D-127
JACKSON, TECUMA N     10120829  5/03/2019  5/03/2019    3  .02   D-490   12/19/2033
JOHNSON, FREDERIC     15891465  4/18/2019  4/18/2019    1  .12   E-229B   7/19/2026
MARCUS, LITTLE JOH    18125717  4/04/2019  4/04/2019    3  .01   C-005A  10/30/2034
MCCOY, CARL JODECE    21891803  5/03/2019  5/03/2019    1  .22   E-316A   8/23/2020
MMARI, JOSHUA MARK    21153153  4/02/2019  4/02/2019    2  .20   C-406A   6/08/2019
MOHAMED, ABDALAH      16573290  5/03/2019  5/03/2019    1  .16   E-377A  12/03/2025
MOON, MEDERO          12614513  4/02/2019  4/02/2019    2  .01   D-570
MOUSTAFA, MAHMOUD     19977412  4/02/2019  4/02/2019    3  .05   D-435    3/10/2027
NASH, DEREK           17385824  4/02/2019  4/02/2019    1  .23   D-362B   9/12/2019
NELSON, CLEVELAND     14695811  5/03/2019  5/03/2019    2  .09   C-201B   7/18/2030
ODOM, ALONZO DEWAY    18671280  4/02/2019  4/02/2019    3  .01   E-436   10/08/2030
PAYNE, ISAIAH K       19258937  5/03/2019  5/03/2019    1  .19   E-316B  10/21/2020
PERVISH, BENJAMIN      9124786  4/02/2019  4/02/2019    3  .03   D-437    1/09/2036
PETERSON, JEREMY I    12897088  5/03/2019  5/03/2019    1  .22   MHI38    7/03/2019
PRESLEY, ERIC Jr      13577324  5/03/2019  5/03/2019    2  .04   D-404    5/28/2019
RAMSEY, TROY LATRE    11609169  4/02/2019  4/02/2019    3  .01   A-121B
RAWLS, CATRELL TRA    13763481  4/02/2019  4/02/2019    3  .01   A-222A
SANDERS, GARY DELA     5332117  4/02/2019  4/02/2019    3  .23   E-568    6/09/2020
SEAQUIST, JEREMY       8038195  4/19/2019  4/19/2019    3  .12   D-507    4/09/2029
SHABAZZ, MIKAL AKA     8528841  4/12/2019  4/12/2019    3  .02   A-212B  10/01/2035
SKLBA, JORDAN NATH    21020135  5/02/2019  5/02/2019    1  .08   DS201A  12/03/2020
SMITH, RONNIE SCOT     8378953  5/03/2019  5/03/2019    3  .38   E-468   10/16/2023
STAFFORD, ADRIAN C     7577563  4/02/2019  4/02/2019    3  .03   C-111A   4/15/2033
STEWARD, RESCHARD     10228211  5/03/2019  5/03/2019    3  .06   DS218B
TARDY, TERRENCE LY    13622495  4/02/2019  4/02/2019    3  .01   A-119A
THOMPSON, CHRISTOP     8093061  4/02/2019  4/02/2019    3  .02   A351B    5/10/2021
TILAHUN, SHUA         15493938  4/02/2019  4/02/2019    3  .02   D-563
VICTORIO, MICHAEL     21327635  4/19/2019  4/19/2019    1  .49   DS218A  12/30/2019
WALKER, DAVID MART    11082784  5/03/2019  5/03/2019    1  .51   DRM278   8/05/2019
WARD, MICUS D         20345287  4/02/2019  4/02/2019    1  .01   D-311A
YAFEU, TYEHIMBA        8261772  4/02/2019  4/02/2019    3  .01   C-111B

 44 Assignments listed
```

Exhibit 1

```
SCD576BR                Corrections Information Systems              5/03/19
CURTISSS                      Count Time Report                      8:36:56

Location OSP   5/05/2019 Time 20:15 Pgm  RELISPEC Idle *NO      Page    7
Appointment location   *ALL          Exhibit
                                        2
         Cell    Name                         Sid      Prog Id    Section Id
---------------------------------------------------------------------------
___    E-229B   Johnson, Frederic Idris    15891465   RELISPEC   RELRAMADAN
___    E-337B   Boyd, Jeremy Jw            22489356   RELISPEC   RELRAMADAN
___    E-418    Habibullah, Mohdsidek      18667057   RELISPEC   RELRAMADAN
___    E-436    Odom, Alonzo Dewayne       18671280   RELISPEC   RELRAMADAN
___    E-536    Al-Wadud, Abdur Rashid     10534564   RELISPEC   RELRAMADAN
___    E-568    Sanders, Gary Delano        5332117   RELISPEC   RELRAMADAN

RELISPEC Total    27
```



7:15
27

E-6

Printed Name _____ Signature _____